IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02576-PAB-CBS

SAMUEL G. GAGLIANO,

    Plaintiff,

v.

JOHN E. POTTER, U.S. POSTMASTER GENERAL, of the United States
Postal Service, an independent agency of the U.S. Government,

    Defendant.

## ORDER

    This matter is before the Court on plaintiff's unopposed motion to dismiss with prejudice [Docket No. 48].  The Court is fully aware of the motion's premises.  Pursuant to Fed. R. Civ. P. 41(a)(2), it is

    **ORDERED** that plaintiff's unopposed motion to dismiss with prejudice [Docket No. 48] is GRANTED.  It is further

    **ORDERED** that this case is dismissed with prejudice, each party to bear its own costs and fees.

    DATED June 24, 2011.

                                BY THE COURT:

                                s/ Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge